| | | | |
|---|---|---|---|
| Com. v. Smith | 71 MDA 2016<br>Affirmed | 10/24/2016 | CP–19–CR–0000669–2013<br>(Columbia) |
| Com. v. Jones, V. | 112 MDA 2016<br>Affirmed | 10/24/2016 | CP–22–CR–0000464–2015<br>(Dauphin) |
| Com. v. Jones, R. | 115 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/24/2016 | CP–40–CR–0003085–2014<br>(Luzerne) |
| Com. v. Grover | 784 MDA 2016<br>Affirmed | 10/24/2016 | CP–31–CR–0000054–2010<br>(Huntingdon) |
| Com. v. Jones | 519 WDA 2015<br>Affirmed | 10/24/2016 | CP–02–CR–0000442–2014<br>(Allegheny) |
| Com. v. Myers | 1273 WDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 10/24/2016 | CP–11–CR–0001261–2014<br>CP–11–CR–0001262–2014<br>CP–11–CR–0001270–2014<br>(Cambria) |
| Com. v. Roberts–Paladino | 1468 WDA<br>2015 Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/24/2016 | CP–04–CR–0000437–2015<br>(Beaver) |
| Stull v. Armstrong Gas Company [31] | 1952 WDA 2015<br>Affirmed | 10/24/2016 | No. 2015–0493–Civil<br>(Armstrong) |
| M.G. v. S.J. | 64 WDA 2016<br>Affirmed | 10/24/2016 | FD 07–009307–004<br>(Allegheny) |
| Baker v. Hayes–Baker | 96 WDA 2016<br>Affirmed | 10/24/2016 | 20330–1998<br>(Beaver) |
| In re Plubell; Appeal of Plubell | 157 WDA 2016<br>Vacated and<br>Remanded | 10/24/2016 | No. 2015–19–MD<br>(Clearfield) |
| Com. v. Robinson | 260 WDA 2016<br>Affirmed | 10/24/2016 | CP–02–CR–0018834–2009<br>(Allegheny) |
| Com. v. Evans | 298 WDA 2016<br>Affirmed | 10/24/2016 | CP–25–CR–0002898–2013<br>(Erie) |
| Com. v. Shumaker | 360 WDA 2016<br>Affirmed | 10/24/2016 | CP–03–CR–0000709–1998<br>(Armstrong) |
| Com. v. Orlowski [32] | 393 WDA 2016<br>Affirmed | 10/24/2016 | CP–65–CR–0002204–2015<br>(Westmoreland) |

31. Petition for reargument denied January 04, 2017.
32. Petition for reargument denied December 28, 2016.